

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| IN THE ESTATE OF RICKEY RAY ALLEN, DECEASED, | § | No. 08-21-00184-CV |
| | § | Appeal from the |
| Appellant. | § | County Court at Law |
| | § | of Hill County, Texas |
| | § | (TC# PR14881) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's second motion for extension of time within which to file the brief until **February 24, 2022**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jonathan M. Jabcuga, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before February 24, 2022.

IT IS SO ORDERED this 22nd day of February, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.